No. 286. KELLIHER ET AL. *v.* INVESTMENT & SECURITIES CO. ET AL. Motion submitted September 10, 1934. Decided October 8, 1934. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is

dismissed (1) for the want of a substantial federal question (*Commercial Bank* v. *Buckingham's Executors,* 5 How. 317, 342, 343; *Ross* v. *Oregon,* 227 U. S. 150, 161, 162; *Quong Ham Wah Co.* v. *Industrial Commission,* 255 U. S. 445, 448, 449), and (2) for the want of a properly presented federal question (*Live Oak Water Users Assn.* v. *Railroad Commission,* 269 U. S. 354, 357, 358; *Rooker* v. *Fidelity Trust Co.,* 261 U. S. 114, 117; *Godchaux* v. *Estopinal,* 251 U. S. 179; *Archerd* v. *Oregon,* 290 U. S. 604). The motion for leave to proceed further herein *in forma pauperis* is denied. *Mr. M. M. Kelliher, Amy Kelliher,* and *Tena Marsh, pro se. Mr. Channing Wakefield* for appellees.